## Case No. 654.

### AULD et al. v. PEYTON.

[2 Cranch, C. C. 182.][1]

Circuit Court, District of Columbia. Nov. Term, 1819.

NEGOTIABLE INSTRUMENTS—DEMAND—LAST DAY OF GRACE.

Demand of payment of a note must be made on the last day of grace.

[See note to Auld v. Mandeville, Case No. 653.]

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

At law. Assumpsit, against the indorser of a promissory note. No demand of payment was made until the day after the last day of grace, on which day payment was demanded and the note protested.

THE COURT (nem. con.) said that there must be evidence of a demand upon the last day of grace. Verdict for the defendant.